B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Putnam Energy, L.L.C.                            Case No.
                        Debtor(s)                        Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Adducci Accounting<br>6420 W 127 St., Suite 210<br>Palos Height, IL 60463 | Adducci Accounting<br>6420 W 127 St., Suite 210<br>Palos Height, IL 60463 | | | 3,512.00 |
| Airgas<br>2015 Vaugh RD st 400<br>Kennesaw, GA 30144 | Airgas<br>2015 Vaugh RD st 400<br>Kennesaw, GA 30144 | | | 739.00 |
| Ameren<br>P.O. Box 88034<br>Chicago, IL 60680 | Ameren<br>P.O. Box 88034<br>Chicago, IL 60680 | | | 191.63 |
| Bank America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | Bank America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | | | 11,000.00 |
| Friedrich Energy Consulant<br>428 Ridge Road<br>Wilmette, IL 60091 | Friedrich Energy Consulant<br>428 Ridge Road<br>Wilmette, IL 60091 | | | 2,100.00 |
| Frontier<br>P.O. Box 20660<br>Rochester, NY 14602 | Frontier<br>P.O. Box 20660<br>Rochester, NY 14602 | | | 235.26 |
| Geolog Well Services, Inc<br>P.O. Box 557<br>Wayne City, IL 62895 | Geolog Well Services, Inc<br>P.O. Box 557<br>Wayne City, IL 62895 | | | 3,915.00 |
| Gwaltney  Drilling<br>P.O. Box 520<br>Washington, IN 47501 | Gwaltney  Drilling<br>P.O. Box 520<br>Washington, IN 47501 | | | 29,878.00 |
| Hanner & Hanner<br>P.O. Box 122<br>Rockville, IN 47872 | Hanner & Hanner<br>P.O. Box 122<br>Rockville, IN 47872 | | | 1,850.00 |
| Indiana Petroleum Contractors, Inc<br>1410 N Cullen Ave<br>Evansville, IN 47716 | Indiana Petroleum Contractors, Inc<br>1410 N Cullen Ave<br>Evansville, IN 47716 | | | 3,650.00 |
| Konicek & Dillon PC<br>21 W State St<br>Geneva, IL 60134 | Konicek & Dillon PC<br>21 W State St<br>Geneva, IL 60134 | | | 5,000.00 |
| Loveless Geological<br>P.O. Box 238<br>Monre, IN 47557 | Loveless Geological<br>P.O. Box 238<br>Monre, IN 47557 | | | 6,500.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Putnam Energy, L.L.C.
Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| McBeath, Fates & Ivers, PC<br>115 W Orchard St<br>Itasca, IL 60143 | McBeath, Fates & Ivers, PC<br>115 W Orchard St<br>Itasca, IL 60143 | | | 27,857.32 |
| Natural Gas Compression<br>2480 Aero-Park Drive<br>Traverse City, MI 49686 | Natural Gas Compression<br>2480 Aero-Park Drive<br>Traverse City, MI 49686 | | | 150,377.00 |
| Norris Electric<br>8543 N ST Hwy 130<br>Newton, IL 62488 | Norris Electric<br>8543 N ST Hwy 130<br>Newton, IL 62488 | | | 1,458.00 |
| Quail Ridge Investors, LLC<br>730 Quail Ridge Drive<br>Westmont, IL 60559 | Quail Ridge Investors, LLC<br>730 Quail Ridge Drive<br>Westmont, IL 60559 | | | 11,612.00 |
| Radhje & Woodward, LLC<br>300 Roosevelt Rd, 300<br>Wheaton, IL 60168 | Radhje & Woodward, LLC<br>300 Roosevelt Rd, 300<br>Wheaton, IL 60168 | | | 24,311.00 |
| Robinson Engineering & Oil Company<br>1420 N Cullen Ave<br>Evansiville, IN 47716 | Robinson Engineering & Oil Company<br>1420 N Cullen Ave<br>Evansville, IN 47716 | | | 11,000.00 |
| Silver Smith<br>1370 Milbocker Rd<br>Gaylor, MI 49735 | Silver Smith<br>1370 Milbocker Rd<br>Gaylor, MI 49735 | | | 1,621.00 |
| USDI<br>1927 Miller Road<br>Olney, IL 62450 | USDI<br>1927 Miller Road<br>Olney, IL 62450 | | | 996.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager and CEO, and as Manager of Putnam Energy Holdings, LLC, the sole member of Putnam Energy, L.L.C. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 11, 2015              Signature  */s/ Terrence O'Malley*
                                  Terrence O'Malley
                                  Manager and CEO, and as Manager of Putnam
                                  Energy Holdings, LLC, the sole member of Putnam Energy,
                                  L.L.C.

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.