# United States Bankruptcy Court
## Northern District of Illinois

In re: Putnam Energy, L.L.C.
Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Putnam Energy Holdings, LLC | | 100% | Sole Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager and CEO, and as Manager of Putnam Energy Holdings, LLC, the sole member of Putnam Energy, L.L.C. named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: March 11, 2015

Signature: /s/ Terrence O'Malley, Manager and CEO, and as Manager of Putnam Energy Holdings, LLC, the sole member of Putnam Energy, L.L.C.

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.