# United States Bankruptcy Court
## Northern District of Illinois

In re   Putnam Energy, L.L.C.                                            Case No.
                                       Debtor(s)                         Chapter    11

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                        32

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   March 11, 2015                        _____
                                              Terrence O'Malley/Manager and CEO, and as Manager of Putnam
                                              Energy Holdings, LLC, the sole member of Putnam Energy, L.L.C.
                                              Signer/Title

.

Putnam Energy, L.L.C.
810 Quail Ridge
Westmont, IL 60559


Douglas S. Draper
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras St.
Suite 2500
New Orleans, LA 70130


Adducci Accounting
6420 W 127 St., Suite 210
Palos Height, IL 60463


Airgas
2015 Vaugh RD st 400
Kennesaw, GA 30144


Ameren
P.O. Box 88034
Chicago, IL 60680


Bank America
P.O. Box 15726
Wilmington, DE 19886-5726


Beau T. Greiman
Greiman Rome & Griesmeyer LLC
24115 West 103rd St., Ste B
Naperville, IL 60564


Bridgeview Bank Group
7940 S. Harlem Ave
Bridgeview, IL 60455


Cheryl Hayden-Steve Osborne
22 Lake Shore Court
Palestine, IL 62451


Christopher Rocci
479 60th Place
Burr Ridge, IL 60527

Friedrich Energy Consulant
428 Ridge Road
Wilmette, IL 60091


Frontier
P.O. Box 20660
Rochester, NY 14602


G T Caleel Irrevocable Trust
2 Natoma
Oak Brook, IL 60621


Geolog Well Services, Inc
P.O. Box 557
Wayne City, IL 62895


Gwaltney  Drilling
P.O. Box 520
Washington, IN 47501


Hanner & Hanner
P.O. Box 122
Rockville, IN 47872


Indiana Petroleum Contractors, Inc
1410 N Cullen Ave
Evansville, IN 47716


Jennifer Rumpel
8 Ledge Rock Cove
Little Rock, AK 72211


JJJH, Inc.
1247 N. Waukegan Road
Glenview, IL 60025


Joe Rocci
479 60th Place
Burr Ridge, IL 60527


John A. Clark, Esq.
305 East Main Street
Olney, IL 62450

Joyce Axcelson Trust
22 Lake Shore Court
Carmel, IN 46033


Konicek & Dillon PC
21 W State St
Geneva, IL 60134


Loveless Geological
P.O. Box 238
Monre, IN 47557


McBeath, Fates & Ivers, PC
115 W Orchard St
Itasca, IL 60143


MLP Energy Advisors, LLC
598 Bair Road
Berwyn, PA 19312


Natural Gas Compression
2480 Aero-Park Drive
Traverse City, MI 49686


Norris Electric
8543 N ST Hwy 130
Newton, IL 62488


Patrick OMalley Trust
12314 S 86 th Avenue
Palos Park, IL 60464


Paul & Nancy Gray
P.O.Box 234
Palestine, IL 62451


Putnam Energy Holdings, LLC


Quail Ridge Investors, LLC
730 Quail Ridge Drive
Westmont, IL 60559

Radhje & Woodward, LLC
300 Roosevelt Rd, 300
Wheaton, IL 60168


Robinson Engineering & Oil Company
1420 N Cullen Ave
Evansiville, IN 47716


Sandra J Zutowt
1029 N East Ave
Oak Park, IL 60302


Silver Smith
1370 Milbocker Rd
Gaylor, MI 49735


USDI
1927 Miller Road
Olney, IL 62450