# United States Bankruptcy Court
## Northern District of Illinois

In re   Putnam Energy, L.L.C.                                        Case No.   15-08733

                                                     Debtor(s)                               Chapter   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | to be determined by the filing of future fee applications* |
| Prior to the filing of this statement I have received | $ | 25,000.00 |
| Balance Due | $ | *see above |

2.   The source of the compensation paid to me was:

     ☐ Debtor      ☒ Other (specify):      MLP Energy Advisors, LLC - booked as a loan to the Debtor to serve as security for and/or as payment of services rendered prepetition and the filing fees for the bankruptcy case in accordance with the Engagement Letter. On March 12, 2015, Seven Thousand Five Hundred Dollars and No/100 ($7,500.00) was drawn from the trust account to cover fees incurred through March 12, 2015 and Two Thousand Five Hundred Dollars and no/100 ($2,500.00) was sent as a retainer to local counsel.

3.   The source of compensation to be paid to me is:

     ☒ Debtor      ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    March 12, 2015                               /s/ Douglas S. Draper

                                                        Douglas S. Draper  #5073
                                                        Heller, Draper, Patrick, Horn & Dabney, LLC
                                                        650 Poydras St.
                                                        Suite 2500
                                                        New Orleans, LA 70130
                                                        (504) 299-3300   Fax: (504) 299-3399