APPEARANCE
_____

## United States Bankruptcy Court
For the _Northern_ EASTERN DIVISION District of _Illinois_

In re Putnam Energy, L.L.C.    )
                               )  Case No. 15-08733
                               )
                               )
                               )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

Putnam Energy, L.L.C.

| David E. Cohen | Fisher Cohen Waldman Shapiro, LLP |
| Print Name on this Line | Firm Name |
| *(signature)* | FIRM ID NUMBER: |
| Signature | 1247 Waukegan Road, Suite 100 |
| ATTORNEY ID NUMBER  6192149 | Street Address |
|  | Glenview    IL    60025 |
|  | City    State    Zip |
|  | Telephone   312 606-3451 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    03/14/2015