UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re | ) | Chapter 11 |
| | ) | |
| PUTNAM ENERGY, LLC, | ) | 15 B 08733 |
| | ) | |
| Debtor(s). | ) | |

### Order Setting Date to File Plan and Disclosure Statement

Debtor is Ordered to file Plan and Disclosure Statement by July 9, 2015.

Counsel preparing the documents shall submit preliminary drafts to the United States Trustee and creditor's counsel on the notice list in order that comments may be received before filing.

This case is set for a status on the filing of the plan and disclosure statement on July 15, 2015 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois.

Date: March 17, 2015

_____
Carol A. Doyle
United States Bankruptcy Judge