# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Carol A. Doyle | **Hearing Date** | March 18, 2015 |
| **Bankruptcy Case No.** | 15 B 08733 | **Adversary No.** | |
| **Title of Case** | Putnam Energy, LLC | | |

**Brief Statement of Motion:** Motion of Bridgeview Bank to appoint trustee

**Names and Addresses of moving counsel:**

**Representing:**

# ORDER

IT IS ORDERED that the motion of Bridgeview Bank to appoint trustee is stricken from the March 19, 2015 court call because it does not comply with Local Bankruptcy Rule 9013-1(D)(2) which requires a motion to be served not later than 4:00 p.m. on the third day before the date of presentment. Any party seeking to present a motion on fewer than three days notice must file an application for hearing on emergency motion pursuant to General Order No. 12-01 regarding procedures for emergency motions.

*/s/ Carol A. Doyle*